No. 411. MARSH, SECRETARY OF STATE OF NEBRASKA, ET AL. *v.* DWORAK ET AL. Appeal from D. C. Neb. Motion of appellants to defer consideration of the motion to dismiss and to defer filing brief in opposition granted. MR. JUSTICE FORTAS took no part in the consideration or decision of this motion. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Richard H. Williams* and *Robert A. Nelson,* Assistant Attorneys General, for appellants. *August Ross* and *Robert E. O'Connor* for appellees.

No. 657. BROOKHART *v.* OHIO. Sup. Ct. Ohio. (Certiorari granted, *ante,* p. 810.) Motion for the appointment of counsel granted, and it is ordered that *Lawrence Herman, Esquire,* and *Gerald A. Messerman, Esquire,* both of Columbus, Ohio, be, and they are hereby, appointed to serve as counsel for petitioner in this case.

No. 567, Misc. SMITH *v.* GAGNON, WARDEN;
No. 652, Misc. WELLS *v.* UNITED STATES;
No. 653, Misc. DAVIS *v.* KEARNEY, WARDEN, ET AL.; and
No. 677, Misc. TREW *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motions for leave to file petitions for writs of habeas corpus denied.

No. 453, Misc. BOWENS *v.* ALEXANDER, DIRECTOR, BUREAU OF FEDERAL PRISONS, ET AL. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar* and *David Rubin* for respondents.

No. 542, Misc. MOORE *v.* RODAK. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Solicitor General Marshall* for respondent.